1541

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-188 |
| v. ) | |
| ) | (18 U.S.C. § 2423(a)) |
| ) | |
| ADRIAN PETTY ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about September 25, 2020, in the Western District of Pennsylvania, and elsewhere, defendant ADRIAN PETTY, did knowingly transport Minor Jane Doe, a person, namely a minor female, whose identity is known to the Grand Jury, who had not attained the age of 18 years, in interstate commerce from New York State to the Commonwealth of Pennsylvania, with the intent that Minor Jane Doe engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

FILED

APR 27 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

# FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of this Indictment are incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a)(1), 2428(a)(2) and Title 28, United States Code, Section 2461.

2. Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a)(1), 2428(a)(2) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 2423(a), the defendant, ADRIAN PETTY, shall forfeit to the United States of America any property that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, or any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property traceable to such property.

A True Bill,

_____
FOREPERSON

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108