IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,

          Plaintiff,

    v.

ADRIAN PETTY,
          Defendant.

Criminal No. 21-188
ELECTRONICALLY FILED


## **ORDER OF COURT**

Pursuant to 28 U.S.C. 455(a), this Court hereby recuses itself as to all matters of the

above-captioned case and requests that this case be assigned to another member of the Court.

(see doc. no. 241 at 2:07cr0298)


        SO ORDERED this 11st day of May, 2021.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge


cc:    All counsel of record